UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHAVEZ ANDRADE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-00913-JDP<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 2.) |

Plaintiff Jesus Chavez Andrade proceeds in this social security appeal represented by counsel. He seeks leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2.) Plaintiff has submitted an affidavit that satisfies the requirements under § 1915. (*Id.*) The court will therefore grant plaintiff leave to proceed to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security, as required. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

a. Plaintiff Jesus Chavez Andrade's motion for leave to proceed *in forma pauperis* is granted.

b. The court also orders service of process on defendant:

    i. The clerk must issue summons.

    ii. The United States Marshal Service must serve a copy of the complaint, summons, and this order on defendant.

    iii. Plaintiff must assist the marshal upon request.

    iv. The United States will advance all costs of service.

1

1
2 IT IS SO ORDERED.
3
4 Dated: __August 10, 2018__          _____/s/ Jeremy Peterson_____
                                        UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28