UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHAVEZ ANDRADE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-00913-JDP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 17, 2019 to June 17, 2019, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

1

Respectfully submitted,

Dated: May 21, 2019            PENA & BROMBERG, ATTORNEYS AT LAW

                               By: */s/ Jonathan Omar Pena*
                                   JONATHAN OMAR PENA
                                   Attorneys for Plaintiff


Dated: May 23, 2019_           MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration


                               By:  */s/   Marcelo N. Illarmo*
                                    MARCELO N. ILLARMO
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant
                                    (*As authorized by email on May 23, 2019)


                                    ORDER

Pursuant to stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.


Dated:   May 25, 2019                    _____
                                         UNITED STATES MAGISTRATE JUDGE